Amelia Haikey, Appellant-Cross-Appellee, v. John B. Haikey, Appellee-Cross-Appellant.

Gen. No. 47,226. 

First District, Third Division.

February 19, 1958.

Released for publication March 7, 1958.

Rinella & Rinella (John Rinella, of counsel) for appellant; Stephen Jurco, and Gerald M. Chapman, for appellee-cross-appellant. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.